TAUSSIG, Respondent, v. NEPPEL, Appellant.

(Common Pleas of New York City and County, General Term.   March 6, 1893.)

Appeal from fourth district court.
Action by Theresa Taussig against Jacques D. Neppel.

H. Coleman, for appellant.
Max Bayersdorf, for respondent. ·
No opinion. Judgment affirmed, with costs.